UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR STEVENSON,<br>Petitioner,<br>v.<br>FIDENCIO N. GUZMAN,<br>Respondent. | Case No. 2:24-cv-07533-CBM-PD<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge (the "Report"). The Court has also reviewed the objections filed by Petitioner and engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The objections are OVERRULED. The Court accepts the Report and adopts it as its own findings and conclusions. Accordingly, the Petition is denied with prejudice.

Further, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

DATED: 8/28/26

HONORABLE CONSUELO B. MARSHALL
United States District Judge