JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LAMAR STEVENSON,

Petitioner,

v.

FIDENCIO N. GUZMAN,

Respondent.

Case No. 2:24-cv-07533-CBM-PD

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: 8/28/26

HONORABLE CONSUELO B. MARSHALL
United States District Judge